UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FREDERICK L. FELDKAMP; JUDITH L. FELDKAMP,

        Plaintiffs,

-vs-                                       Case No. 2:09-cv-253-FtM-29SPC

LONG BAY PARTNERS, LLC a Florida limited liability company,

        Defendant.
_____

## **ORDER**

This matter comes before the Court on the Notice of Change of Law Firm Affiliation and Joint Stipulation for Substitution of Counsel (Doc. #63) filed on March 2, 2010. Robert W. Boos, Esq., Deborah H. Oliver, Esq., and Melissa S. Rizzo, Esq., as Counsel for the Plaintiffs, move the Court for a substitution of Counsel. As grounds, Counsel indicates they are no longer associated with the law firm of Ruden McCloskey, P.A. Counsel is now affiliated with Adams and Reese LLP, and move to designate the new firm as Counsel of record. Having considered the motion and finding good cause, the Court will grant the substitution of Counsel.

Accordingly, it is now

**ORDERED**:

The Notice of Change of Law Firm Affiliation and Joint Stipulation for Substitution of Counsel (Doc. #63) is **GRANTED**. The law firm of Adams and Reese, LLP, 401 E. Jackson Street, Suite 2600, Tampa, Florida 33602, shall be designated Counsel of record. All correspondence shall

be directed to Counsel, Robert W. Boos, Esq., Deborah H. Oliver, Esq., and Melissa S. Rizzo, Esq., of the Adams and Reese, LLP law firm.

**DONE and ORDERED** in Fort Myers, Florida on this  3rd  day of March, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All parties of record