UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FREDERICK L. FELDKAMP; and JUDITH )
L. FELDKAMP,                       )
                                   )
            Plaintiffs,            )
                                   )
vs.                                )          Case No.: 2:09-cv-00253- JES-SPC
                                   )
LONG BAY PARTNERS, LLC, a Florida  )
limited liability company,         )
                                   )
            Defendant.             )
_____)

## MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFFS
## AND FOR EXTENSION OF TIME TO FILE
## PRETRIAL STATEMENT AND TRIAL MEMORANDUM

The law firm of Foley & Lardner LLP ("Foley & Lardner"), including Mark J. Wolfson,

Christopher L. Griffin, and Adam R. Alaee, hereby move for the entry of an Order (a) permitting

Foley & Lardner to withdraw as counsel for the plaintifs, Frederick L. Feldkamp and Judith L.

Feldkamp (collectively, "the Plaintiffs"); and (b) granting the Plaintiffs an extension of time to

and including February 11, 2011 to file a pretrial statement and trial memorandum.  The grounds

for this Motion are as follows:

1.      Salvatore Barbatano, the member of Foley & Lardner who had primary

responsibility for the Plaintiffs' representation, and who since his initial appearnce has handled

substantially all aspects of that representation, retired from Foley & Lardner effective January

31, 2011.

2.      Christpher L. Griffin and Adam R. Alaee thereafter became invovled in a limited

capacity to assist with the transition of this matter to Mr. Barbatano's new firm, and to local

counsel to be retained by the Plaintiffs.

3.     The Plaintiffs recently retained Patrick E. Geraghty, who filed a Notice of Appearance for the Plaintiffs on February 3, 2011.

4.     Foley & Lardner understands that Mr. Barbatono, or his new firm, intend in the immediate future to enter an appearance as co-counsel for the Plaintiffs.

5.     Foley & Lardner has notified the Plaintiffs of its intent to seek the Court's permission to withdraw as their counsel, and the Plaintiffs have no objection to that withdrawal.

6.     Thus, through this Motion, Foley & Lardner respectfully requests permission to withdraw as the Plaintiffs' counsel.

7.     In addition, pursuant to prior Order of the Court, the parties' pretrial statement and respective trial memoranda are due today, February 4, 2011.  However, on February 3, 2011, the defendant filed a motion requesting an additional week to file the referenced documents.

8.     So that the Plaintiffs' newly retained counsel has time to review and file a pretrial statement and trial memorandum, and to otherwise familiarize himself with the issues involved in this action, the undersigned also requests that the Plaintiffs be given an additional week -- that is, to and including February 11, 2011 -- to file the referenced documents.

WHEREFORE, Foley & Lardner respectfully requests that the Court enter its Order (a) permitting Foley & Lardner to withdraw as counsel for the Plaintiffs, and discharging Foley & Lardner from any further responsibility as counsel for the Plaintiffs in this matter; (b) granting the Plaintiffs an extension of time to and including Friday, February 11, 2011 to file their pre-trial statement and trial memorandum; and (c) granting such other and further relief as the Court deems proper.

## <u>RULE 3.01(G) CERTIFICATION</u>

Pursuant to Local Rule 3.01(g), Foley & Lardner has conferred with counsel for the defendant to determine whether the defendant has any objection to the relief requested herein. The defendant's counsel advised that the defendant "takes no position."

/s/ Christopher L. Griffin
Christopher L. Griffin (FBN 273147)
cgriffin@foley.com
Mark J. Wolfson (FBN 0352756)
mwolfson@foley.com
Adam R. Alaee (FBN 0819611)
aalaee@foley.com
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: 813.229.2300
Facsimile: 813.221.4210

Co-Counsel for Plaintiffs

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 4, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

G. Donald Thomson, Esquire
donald.thomson@henlaw.com
HENDERSON, FRANKLIN STARNES &
HOLT, P.A.
Bonita Springs Executive Center I
3451 Bonita Bay Blvd., Suite 206
Bonita Springs, Florida 34134
Telephone: (239) 344-1100
Facsimile: (239) 344-1514

Robert D. Mercurio, Esquire (*pro hac vice*)
rmercurio@windelsmarx.com
Scott R. Matthews, Esquire (*pro hac vice*)
smatthews@windelsmarx.com
WINDELS MARX LANE &
MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215

Attorneys for the Defendant

Robert W. Boos, Esquire
robert.boos@arlaw.com
Deborah H. Oliver, Esquire
deborah.oliver@arlaw.com
Melissa S. Rizzo, Esquire
melissa.rizzo@arlaw.com
ADAMS AND REESE LLP
401 E. Jackson Street, Suite 2600
Tampa, Florida 33602
Telephone: 813.402.2864
Facsimile: 813..402.2887

Co-Counsel for Plaintiffs

/s/ Christopher L. Griffin
Attorney