UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FREDERICK L. FELDKAMP; JUDITH L. FELDKAMP,

          Plaintiffs,

-vs-                                        Case No. 2:09-cv-253-FtM-29SPC

LONG BAY PARTNERS, LLC a Florida limited liability company,

          Defendant.
_____

## **ORDER**

      This matter comes before the Court on the Defendant, Long Bay Partners, LLC.'s Motion to Extend the Time to File the Joint Final Pretrial Statement and the Pretrial Submissions of Long Bay Partners, LLC. (Doc. #127) filed on February 3, 2011. The Parties Final Joint Pretrial Statement is due on February 4, 2011. The Defendant moves the Court to extend "the parties deadline to file the Joint Final Pretrial Statement and Long Bay's trial brief and all other pretrial submissions required of Long Bay to a date one week from the date that the Plaintiffs actually provide the revised Joint Pretrial Statement to Long Bay." (Doc. # 127, ¶ 7). Pursuant to M.D. Fla. Local Rule 3.01(g), the Defendant states that it has requested Plaintiff consent but has not received it.

      The Court does not look favorably upon open ended extensions of time especially when the trial is slated for the next month's trial calendar. Thus, the Motion is due to be denied. Instead, the Court will require the Parties to meet and prepare a Joint Final Pretrial Statement and submit it to the Court by the date below.

      Accordingly, it is now

**ORDERED:**

The Defendant, Long Bay Partners, LLC.'s Motion to Extend the Time to File the Joint Final Pretrial Statement and the Pretrial Submissions of Long Bay Partners, LLC. (Doc. #127) is **DENIED**. The Parties are hereby directed to meet, confer, and submit a Joint Final Pretrial Statement on or before **5:00pm. Friday, February 11, 2011.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___7th___ day of February, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record