UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FREDERICK L. FELDKAMP; JUDITH L. FELDKAMP,

          Plaintiffs,

-vs-                                    Case No.  2:09-cv-253-FtM-29SPC

LONG BAY PARTNERS, LLC a Florida limited liability company,

          Defendant.
_____

## ORDER

This matter comes before the Court on the Plaintiffs Counsel's Motion to Withdraw as Counsel for the Plaintiffs and for Extension of Time to File Pretrial Statements and Trial Memorandum (Doc. #129) filed on February 4, 2011.  The law firm of Foley & Lardner, including attorneys Mark J. Wolfson, Christopher L. Griffin, and Adam R. Alaee, move the Court for an Order permitting Foley & Lardner to withdraw as counsel for the Plaintiffs Frederick L. And Judith L. Feldkamp.  As grounds, the Plaintiff's Counsel states that the lead attorney on this case Salvatore Barbatano, a former member of Foley & Lardner retired from Foley & Lardner.  Atty. Barbatano handled substantially all aspects of this case for Foley & Lardner and it is expected that he will resume representing the Plaintiffs in the immediate future.  Additionally, Patrick E. Geraghty, Esq. filed a Notice of Appearance for the Plaintiffs on February 3, 2011.  The Attorneys and Firm informed the Plaintiffs of their intention to withdraw and the Plaintiffs do not object to the withdrawal.

Upon review of the Motion filed by Plaintiffs' Counsel, the Court finds good cause to allow the law firm of Foley & Lardner, including attorneys Mark J. Wolfson, Christopher L. Griffin, and Adam R. Alaee to withdraw from representing the Plaintiffs in this case.

The Plaintiff also moves the Court to extend until February 11, 2011, the deadline for the Plaintiffs to file their final pretrial statement and trial memorandum. On February 7, 2011, the Court issued an Order (Doc. # 132) giving the Defendants up to and including February 11, 2011. That Order was to apply to all Parties in this action. In fact, the Court directed the Parties to meet and resolve all of their issues and file their respective Final Pretrial Statement and Trial Briefs by February 11, 2011. Attorney Geraghty may confer on behalf of the Plaintiffs in this matter.

Accordingly, it is now

**ORDERED:**

The Plaintiffs Counsel's Motion to Withdraw as Counsel for the Plaintiffs and for Extension of Time to File Pretrial Statements and Trial Memorandum (Doc. #129) is **GRANTED**.

(1) The law firm of Foley & Lardner, including attorneys Mark J. Wolfson, Christopher L. Griffin, and Adam R. Alaee are hereby withdrawn from this case. The Clerk of the Court shall remove the above listed firm and attorneys from the Court's electronic notification system in this case.

(2) The Plaintiffs have up to and including **February 11, 2011**, to confer with the Defendants and file a Joint Final Pretrial Statement and their respective Trial Briefs.

**DONE AND ORDERED** at Fort Myers, Florida, this   8th   day of February, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record